**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alan C. CONE, Defendant–Appellant.**

**No. 00–50590.**

**D.C. No. CR–98–03168–JMF.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 16, 2001.

Decided Oct. 30, 2001.

Before BOOCHEVER, FERNANDEZ, and FISHER, Circuit Judges.

MEMORANDUM *

Alan C. Cone appeals his conviction and sentence for fraud involving his Medicare and Medicaid billing practices. *See* 18 U.S.C. §§ 287, 371, 1001, 1341, 1343. We affirm.

■ (1) Cone contends that the evidence was not sufficient to support the verdict. We disagree. We have reviewed the record, and it is clear that a rational trier of fact could find the elements of the crimes beyond a reasonable doubt. *See United States v. Pacheco–Medina,* 212 F.3d 1162, 1163 (9th Cir.2000). The fact that much of the evidence was supplied by an accomplice does not affect our conclu-

sion. *See United States v. Necoechea,* 986 F.2d 1273, 1282 (9th Cir.1993).

■ (2) Cone challenges his sentence because the district court determined the amount of the government's loss when it calculated the guideline sentence. That determination was required by the Guidelines, U.S.S.G. § 2F1.1(b)(1) (1998), but Cone claims that the Constitution was thereby violated. *See Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 2362–63, 147 L.Ed.2d 435 (2000). Again, we disagree. *Apprendi* only applies to "increases [in] the penalty for a crime beyond the prescribed statutory maximum." *Id.* It does not apply to guideline calculations which increase the penalty within that maximum. *See United States v. Hernandez–Guardado,* 228 F.3d 1017, 1027 (9th Cir.2000); *see also United States v. Sullivan,* 255 F.3d 1256, 1264–65 (10th Cir.2001); *United States v. Pratt,* 239 F.3d 640, 648 (4th Cir.2001).

■ (3) Finally, Cone asks us to determine whether his counsel was ineffective. We decline to do so. That is an issue which is generally left for determination in a 28 U.S.C. § 2255 proceeding. *See United States v. Quintero–Barraza,* 78 F.3d 1344, 1347 (9th Cir.1995); *United States v. Laughlin,* 933 F.2d 786, 788 (9th Cir.1991). Nothing in the undeveloped record before us suggests that we should deviate from the general rule. *See United States v. Davis,* 36 F.3d 1424, 1433 (9th Cir.1994).

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.